Kristy JOHNSON, Respondent,

v.

Linda LUECKER, Appellant.

No. 73919.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 16, 1999.

John R. Boyce, St. Louis, for appellant.

Elaine A. Pudlowski, Greg Kessler, Frankel, Rubin, Bond & Dubin, P.C., St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant Linda Luecker appeals from a judgment for plaintiff Kristy Johnson en-

tered after a trial *de novo* of a small claims court judgment for plaintiff. No error of law appears. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).[1]

---

1. Plaintiff's request for attorneys' fees incurred in defending a frivolous appeal is denied.